

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00050-CR

| | | |
|---|---|---|
| MSUGH TSUUNG, Appellant | § | On Appeal from County Criminal Court |
| | § | No. 5 |
| | § | of Tarrant County (1839382) |
| V. | § | December 11 2025 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  We do, however, modify the trial court's judgment to accurately reflect that the trial court assessed Tsuung's punishment.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker